UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,

– against –

RICHARD MOSELEY, SR.,

                Defendant.

**ORDER**

16 Crim. 79 (ER)

RAMOS, D.J.:

       The parties are directed to appear for a telephonic hearing on Friday, May 8, 2020 at 9:30 AM.  The parties may call the Court at (877) 411-9748; access code 3029857.

Dated:   May 6, 2020
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.