UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>– *against* –<br><br>RICHARD MOSELEY, SR.,<br><br>      Defendant. | **ORDER**<br>16-cr-00079 (ER) |

RAMOS, D.J.:

  The government is directed to respond to Moseley's motion for a sentence reduction (Doc. 241) by March 13, 2024.

  SO ORDERED.

Dated: February 21, 2024
     New York, New York

                              Edgardo Ramos, U.S.D.J.